# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE COUNTY COURT AT LAW NO. 2 OF GREGG COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 22nd day of July, 2015, the cause upon appeal to revise or reverse your judgment between

**SABRE ENERGY CORPORATION, SONCO HOLDINGS, LLC, VAN W. MOUNTS AND EDWIN WESLEY SANO, Appellants**

**NO. 12-15-00054-CV; Trial Court No. 2012-1207-CCL2**

By *per curiam* opinion.

**WELL-PRO SERVICE, L.P., Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein and the joint motion to remand for purposes of settlement, the Court having heard and fully consider said motion is of the opinion the same should be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the trial court's judgment without regard to the merits be **reversed** and the cause **remanded** to the trial court **for further proceedings** in accordance with the parties' agreement, and that all costs of this appeal are hereby adjudged against the party incurring same; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 18th day of September, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk